## COM.

v.

## MYERS, W.

**1893 MDA 2011**

Superior Court of Pennsylvania.

03/30/2012

No. CP–36–CR–002039–1999 (Lancaster)

Affirmed

## COM.

v.

## CABRERA, A.

**1071 EDA 2015**

Superior Court of Pennsylvania.

04/03/2017

CP–46–CR–0008513–2013 (Montgomery)

Affirmed.

## IN RE: EST. OF HOWARD, M.

**Appeal of: Howard, D.**

**2065 MDA 2015**

Superior Court of Pennsylvania.

09/29/2016

Reargument Denied 10/25/2016

2213–0875 (Dauphin)

Affirmed

## BLUE HAVEN POOLS

v.

## SKIPPACK BLDG. CORP.

**1226 EDA 2015**

Superior Court of Pennsylvania.

04/03/2017

Reargument Denied 5/31/2017

05–26165 (Montgomery)

Affirmed